**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JARED BAILES, on behalf of himself and other similarly situated individuals<br><br>          Plaintiff,<br><br>v.<br><br>HALO MEDIA, LLC,<br><br>          Defendant. | Case No.: 1:23-cv-02129<br><br><u>CIVIL ACTION</u><br><br>**[PROPOSED FORM OF] JUDGMENT** |

**WHEREAS,** Plaintiff, Jared Bailes, on behalf of himself and other similarly situated individuals, commenced this action against Defendant, Halo Media, LLC on March 14, 2023;

**WHEREAS,** Plaintiff did not see a collective or class certififation in this matter and no class was certified;

**WHEREAS,** Defendant, by and through their counsel, served an Offer of Judgment dated August 29, 2023, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP") for the sum of Forty-Five Thouosand Dollars ($45,000), inclusive of any and all reasonable attorneys' fees, expenses, and costs to the date of that offer to which Plaintiff may be entitled, for the claims alleged in this action;

**WHEREAS,** on September 7, 2023, Plaintiff accepted Defendants' Offer of Judgment;

**WHEREAS,** on September 7 2023, Plaintiff filed the Offer of Judgment and the Acceptance thereof;

Accordingly, it is hereby:

**ORDERED, ADJUDGED, AND DECREED,** that Plaintiff Jared Bailed has judgment against Defendant Halo Media, LLC in the amount of Forty-Five Thousand Dollars ($45,000) plus statutory post-judgment interest accruing pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until judgment is paid in full.

Dated: September __, 2023
New York, New York

_____
Hon. Gregory H. Woods, U.S.D.J.