UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/8/2023
```

------------------------------------------------------------------ X
                                         :

JARED BAILES,                               :
                                         :
                          Plaintiff,      :                   1:23-cv-2129-GHW
                                           :
                  -v -                      :                    JUDGEMENT
                                           :

HALO MEDIA, LLC,                     :
                                           :
                         Defendant.    :
                                           :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      **WHEREAS**, Plaintiff, Jared Bailes, on behalf of himself and other similarly situated

individuals, commenced this action against Defendant, Halo Media, LLC on March 14, 2023;

      **WHEREAS**, Plaintiff did not seek a collective or class certification in this matter and no

class was certified;

      **WHEREAS**, Defendant, by and through their counsel, served an Offer of Judgment dated

August 29, 2023, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP") for the sum

of Forty-Five Thousand Dollars ($45,000), inclusive of any and all reasonable attorneys' fees,

expenses, and costs to the date of that offer to which Plaintiff may be entitled, for the claims alleged

in this action;

      **WHEREAS**, on September 7, 2023, Plaintiff accepted Defendants' Offer of Judgment;

      **WHEREAS**, on September 7 2023,  Plaintiff filed the Offer of Judgment and the

Acceptance thereof;

      Accordingly, it is hereby:

      **ORDERED, ADJUDGED, AND DECREED**, that Plaintiff Jared Bailed has judgment

against Defendant Halo Media, LLC in the amount of Forty-Five Thousand Dollars ($45,000) plus

statutory post-judgment interest accruing pursuant to 28 U.S.C. § 1961 from the date of entry of

judgment until judgment is paid in full.

      SO ORDERED.

Dated: September 8, 2023
      New York, New York

                                                     GREGORY H. WOODS
                                     United States District Judge